**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

    vs.                                      **CASE NO: 8:12-CR-436-T-24MAP**

**DARRYL ALEXANDER WILLIAMS**
    **Defendant**

**ORDER**

This case is before the Court on Defendant Williams' Motion of Inquiry of the Substantial Assistance that was Provided that Warrants the Filing of a Rule 35(b) Motion. (Dkt. 55). The Government filed a response in opposition. (Dkt. 59). Defendant states that he is not seeking to challenge the Government's discretion but would like to bring to the Government's attention the assistance he provided that warrants relief.

On April 18, 2013, Defendant was sentenced to a total of 188 months in the Bureau of Prisons for the crime of possession with intent to distribute 280 grams of cocaine base. The sentence included a three level downward departure based on the Government's 5K1.1 motion. After his sentencing, Defendant has continued in his attempt to cooperate.

Defendant claims he has since cooperated against Alexis Davis, and was brought from his prison to the Pinellas County jail where he was interviewed regarding the Alexis Davis case. In response the Government agrees that Defendant was brought to the Pinellas County Jail and interviewed on June 30, 2014 by an ATF agent and an AUSA, but the Government declined to use the Defendant's information, and Defendant was not listed as a witness or called as a witness in the Davis trial. The Government states Defendant is not entitled to any further credit and the

Government does not intend to file a Rule 35(b) motion.

The Court may only reduce a defendant's sentence pursuant to Rule 35(b) upon the Government's motion. *United States v. Howard*, 902 F.2d 894, 897 (11th Cir. 1990). The Government has filed no such motion. It is not necessary to hold an evidentiary hearing. Accordingly, Defendant's Motion for a reduction of sentence is **DENIED**.

It is so Ordered at Tampa, Florida this 29th day of February, 2016

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copy: Darryl Alexander Williams, Pro-se